IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     :

2009 MAR 27 P 3: 56

       v.                      :     CRIMINAL NO. CCB-03-351

CLERK'S OFFICE
AT BALTIMORE

                                 :     Mag. No. 03-2889 PWG

RALPH K. WILLIAMS            :                        .DEPUTY

...o0o...

## ORDER

The court has received a request from Ralph K. Williams to purchase a copy of the search warrant for 6808 Harrowdale Road, T-1, Baltimore, Maryland. It appears this document was placed under seal when issued in 2003. If the government believes there is any reason why this warrant or its supporting materials should remain under seal, please so advise no later than **April 24, 2009**.

In the absence of any objection, the documents will be unsealed after that date.

**SO ORDERED** this ___22___ day of March, 2009.

                                   /s/

                                   Catherine C. Blake
                                   United States District Judge