

U.S. Department of Justice

United States Attorney
District of Maryland
Northern Division

Rod J. Rosenstein
United States Attorney

James G. Warwick
Assistant United States Attorney

36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201

DIRECT: 410-209-4860
MAIN: 410-209-4800
FAX: 410-962-3124
TTY/TDD: 410-962-4462
James.Warwick@usdoj.gov

April 3, 2009

The Honorable Catherine C. Blake
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

  Re: Ralph K. Williams
   CCB-03-351

Dear Judge Blake:

  I am pleased to respond to the request contained in your Order dated March 27, 2009. The search warrant requested by Mr. Williams should have been unsealed. It was produced in pre-trial discovery and was annexed as an exhibit to the Government's Consolidated Motions Response. I am attaching to this letter a copy of that response with the annexed exhibit.

  Should the Court need anything else in this matter, please do not hesitate to contact me. I remain

    Very truly yours,

    James G. Warwick
    Assistant U.S. Attorney

*The search warrant issued in this case for 6808 Morrowdale Road, Apt T-1 is hereby UNSEALED, nunc pro tunc Sept 24, 2003*

*CCBlake*

*LeoDJ 4-3-09*

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

APR 03 2009

UNITED STATES DISTRICT COURT