FILED
LOGGED

AUG 26 2013

CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

DEPUTY

August 21, 2013

Ralph Williams

40957-037

Federal Correctional Institution

P.O. Box 2000

Fort Dix, N.J. 08640

Dear Clerk of the Court:

  I am writing to inform you of my address change and also that I haven't received any information as far as the purchase of my sentencing hearing transcripts in case number CCB-03-0351. Could you please forward me any information on how to obtain these transcripts.

        Thank you,

        Ralph Williams