Ralph K. Williams
40957 - 037
Allenwood, Low
P.O. Box 1000
Whitedeer, PA 17887

___ FILED    ___ ENTERED
___ LOGGED    ___ RECEIVED

JUN 2 0 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____    DEPUTY

RE: Extra 7 days' Good Conduct Time

Dear Judge Blake,

    I am writing this letter in relation to the seven good conduct days as a part of the First Step Act. On or about July 19, 2019 BOP will be crediting all inmates with extra days according to their sentences. However this do not affect anyones halfway house date that is already in place.

    My original halfway house date was April 2, 2019 and was changed to September 3, 2019 due to a lack of bedspace. Once calculated my new release date will be October 2019, leaving me with a little over a month to reintegrate back into society. I was informed that my unit team cannot change my halfway house date to reflect the change in my

release date without an order from BOP or the courts.

I am asking that you give a written order to my unit team at Allenwood Low to calculate my new release date and reissue me a new halfway house date to reflect this new change.

Thank You,

Ralph W.