IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No.  CCB-03-0351 |
| | * | |
| RALPH WILLIAMS | * | |
| | ********** | |

## **ORDER**

Now pending is the motion for reduction of sentence pursuant to 18 U.S.C. § 3624(b), as amended by the First Step Act of 2018, filed by Ralph Williams (ECF 323).  It appears from the Federal Bureau of Prisons prisoner locator that Mr. Williams was released on December 31, 2019. Accordingly, unless Mr. Williams shows good cause to the contrary within 14 days of the date of this Order, the motion will be denied as moot.

So ORDERED this ___13th___ day of October 2021.

_____/S/_____
Catherine C. Blake
United States District Judge