**CLERK, UNITED STATES DISTRICT COURT**
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS

FILED
LOGGED
ENTERED
RECEIVED

AUG 0 3 2022



BY
CLERK, U.S. DISTRICT COURT
AT BALTIMORE
DISTRICT OF MARYLAND

BALTIMORE MD 212

19 JUL 2022 PM 9 L

NEOPOST          FIRST-CLASS MAIL
07/19/2022
US POSTAGE $000.50⁰

ZIP 21201
041M11464066

Ralph Williams #40957-037
Allenwood Low

NIXIE          171    FE 1          0057/25/22
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

ANK          BC: 21201260599        *2527-07309-19-38
21201>2605
17887-100000