**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | **Criminal No. CCB-03-0351** |
| RALPH WILLIAMS | * | |

**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

Ralph Williams, through his attorneys, James Wyda, Federal Public Defender for the District of Maryland, and Paresh S. Patel, Assistant Federal Public Defender, hereby moves this Honorable Court to terminate his supervised release as satisfactory pursuant to 18 U.S.C. § 3583(e)(1). In support, Mr. Williams states the following:

1.      Pursuant to 18 U.S.C. § 3583(e)(1), the Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." To grant relief, the Court "must conclude that the early termination of supervised release is warranted both by the individual's conduct and also by the interest of justice." United States v. Pregent, 190 F.3d 279, 283 (4th Cir. 1999).

2.      On November 5, 2004, Mr. Williams was convicted of one count of conspiracy to distribute cocaine in violation of 21 U.S.C. § 846. On February 25, 2005, this Court sentenced Mr. Williams to a term of 120 months' imprisonment to be followed by a supervised release term of 5 years. On August 3, 2016, President Obama commuted Mr. Williams' sentence to 240 months' imprisonment.

3.      Mr. Williams' supervision started on December 31, 2019, upon his release from custody, and is scheduled to expire in December of 2024. Mr. Williams' past three years of

1

supervision have been a success story. He has been fully compliant with his conditions of supervised release since his release from prison. And he currently has a full time job at Taylor Care Assisted Living in Baltimore, Maryland. Therefore, early termination of Mr. Williams' supervised release term is warranted by the interest of justice.

4. United States Probation Officer Greg Martin has no objection to the early termination of Mr. Williams' supervised release. Because Probation has no objection, Assistant United States Attorney Steven Brantley defers to the Court on this matter.

**WHEREFORE**, Mr. Williams respectfully requests early termination of his term of supervised release. A proposed order is attached.

Respectfully submitted,

JAMES WYDA
Federal Public Defender

_____/s/_____

PARESH S. PATEL
Assistant Federal Public Defender
6411 Ivy Lane, Ste. 710
Greenbelt, Maryland 20770
Phone: (301) 344-0600
Fax: (301) 344-0019
Email: paresh_patel@fd.org